**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Craig A. MURPHY, Defendant–
Appellant.**

**No. 14–6032.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2014.

Decided: May 22, 2014.

Craig A. Murphy, Appellant Pro Se. Heather L. Hart, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Murphy appeals the district court's order denying his motion for resentencing for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Murphy,* No. 3:96–cr–00066–REP–17 (E.D.Va. Dec. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*